UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIM MARKOFF,

      Plaintiff,

                                                  Case No. 1:14-cv-593

v.

                                                  HONORABLE PAUL L. MALONEY

JACKSON NATIONAL LIFE,

      Defendant,
_____/

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of Defendant and against the Plaintiff.

Date: July 23, 2015                                     /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge